United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 10-12003-amc
Alessandro Micozzi                                                              Chapter 13
Kristi Micozzi
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Mar 29, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb         +Alessandro Micozzi,   Kristi Micozzi,   306 Harvard Ave.,   Broomall, PA 19008-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank et. al agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    EverBank successor by merger to EverHome
               Mortgage Company, et al pabk@logs.com
              DONNA M. DONAHER    on behalf of Creditor    PNC Bank, National Association donaherd@fnb-corp.com
              LEEANE O. HUGGINS    on behalf of Creditor    EverBank successor by merger to EverHome Mortgage
               Company, et al pabk@logs.com
              LESLIE E. PUIDA    on behalf of Creditor    JPMorgan Chase Bank et. al lpuidaesq@gmail.com
              MICHAEL A. LATZES    on behalf of Joint Debtor Kristi  Micozzi efiling@mlatzes-law.com
              MICHAEL A. LATZES    on behalf of Debtor Alessandro  Micozzi efiling@mlatzes-law.com
              THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                              TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Alessandro Micozzi | : | Bankruptcy No. 10-12003 |
| Kristi Micozzi | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **RBS Citizens**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 3-1 on the Claims Register forthwith**.

3. **RBS Citizens** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: **March 28, 2017**